# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br>v.<br><br>ZOULIN CAI,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CR 19-761 MWF<br><br>ORDER TO REASSIGN CRIMINAL CASE<br>DUE TO SELF-RECUSAL |

The undersigned Judge, to whom the above-entitled criminal case was assigned, is hereby of the opinion that he or she should not preside over said case by reason of:

Judge Fitzgerald's brother, Patrick Fitzgerald, is the Chief of the National Security Division of the United States Attorney's Office in this District.

IT IS HEREBY ORDERED that the Clerk randomly reassign the above-referenced case in accordance with General Order 14-03.

December 18, 2019
Date

_[signature: Michael W. Fitzgerald]_
United States District/Magistrate Judge

## Notice to Counsel from Clerk

The above-referenced criminal case has been randomly reassigned to Judge _____. On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge so that the case number will read _____.

This is very important because traditionally filed documents are routed to the assigned judge by means of the initials.

cc: ☐ Previous Judge   ☐ Statistics Clerk

CR-102 (06/14)   ORDER TO REASSIGN CRIMINAL CASE DUE TO SELF-RECUSAL