UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

Case No.   **CR 19-761-JFW**                                                            Dated: February 4, 2020

================================================================

PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Miranda Algorri | Julia S. Choe |
| Courtroom Deputy | Court Reporter | Anil J. Antony |
|  |  | Michael Raymond Sew Hoy |
|  | Mandarin Interpreter | Asst. U.S. Attorney |
|  | Barbara Hong Li |  |

================================================================

U.S.A. vs (Dfts listed below)                            Attorneys for Defendants

1)   Zoulin Cai                                          1)   Samuel A. Josephs
     present in custody                                       Christa L Culver
                                                              present - retained

**PROCEEDINGS:**   STATUS CONFERENCE

STIPULATION AND PROPOSED ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL [34] Filed 1/31/20

Case called, and counsel make their appearance.  Defendant is present in custody.

The Court grants the request for continuance of trial and signs the proposed order in accordance with the comments made at the hearing.

Court and counsel discuss status of the case.

Amended Criminal Trial Order filed today.

CC: USPO, USM

Initials of Deputy Clerk  sr
0/20