Gov.'s Exhibit A
Victim Impact Statement - Apple
2 pages



September 17, 2021

The Honorable John F. Walter
United States District Judge
U.S. District Court for the Central District of California
350 W. 1st Street
Los Angeles, CA  90012

      Re:      *U.S. v. Zoulin Cai* (No. 2:19-CR-00761-JFW)

Dear Judge Walter:

Apple Inc. ("Apple") respectfully submits this Victim Impact Statement in the above-referenced matter.

Apple was founded over four decades ago to make the best products in the world and enrich people's lives. Our commitment to excellence has earned the trust of our customers and we work hard every day to maintain that trust. When a customer sees Apple's name or the world-famous Apple logo, they expect the associated product or service will reflect Apple's commitment to quality, reliability, safety, and service.

Consistent with this commitment, Apple's teams are constantly working with law enforcement, resellers, and e-commerce sites around the world to remove counterfeit Apple products from the market. Indeed, during the last seven years, Apple has expended substantial resources as a victim to support this case.

Though counterfeit Apple products and parts may look like genuine products and parts, they can be dangerous and do not meet Apple's rigorous standards. Apple maintains strict quality controls and design requirements for its products and complies with industry-standard safety testing. Counterfeit Apple products are designed to look outwardly identical to genuine products, but are typically poorly constructed with inferior or missing components, flawed design, and inadequate electrical insulation and other safety features. For power products such as batteries, adapters, and cables, this poses a serious safety threat to consumers. For example, in a 2016 study, UL, one of the world's leaders in product safety testing and certification, examined 400 counterfeit iPhone adapters and found that 99% of them failed basic safety tests, sometimes posing risk of fire and even electrocution.

Defendant, Zoulin Cai, has admitted to engaging in a multi-year conspiracy to import and sell millions-of-dollars-worth of counterfeit lithium ion laptop batteries and other electronic accessories for laptop computers and mobile phones, and this conspiracy included sales of almost $2 million dollars in counterfeit Apple MacBook batteries and other counterfeit Apple parts and products. Mr. Cai sold these products online through eBay and Amazon to unsuspecting consumers, often falsely promoting them as "original," "genuine," or "OEM."

Defendant and his co-conspirators established and used a large number of U.S. corporate entities, corresponding U.S. bank accounts, and on-line seller names that hid their true identities and the nature of their counterfeiting scheme. They also employed several techniques to evade discovery by U.S. Customs and Border Protection when they imported these counterfeit batteries from China into the U.S., including the shipment of counterfeit battery labels separate from the actual batteries and, with regard to batteries that already had counterfeit labels applied, the use of black tape to conceal the counterfeit marks.

In 2019, during the execution of a search warrant for defendant's warehouse, the government seized approximately 44,000 batteries and approximately 175,000 labels, including labels bearing counterfeit Apple marks. Further reflecting the scale of these activities, in his Plea Agreement Mr. Cai acknowledged that he and his co-conspirators wired over $18 million in proceeds back to China during the five-year-period from March 5, 2014 through June 20, 2019.

Mr. Cai's repeated import and sale of counterfeit Apple products, including dangerous counterfeit Apple batteries, has caused Apple significant harm and put our customers at risk.

Apple respectfully requests that the Court consider all of the above in determining the defendant's sentence. Thank you for the opportunity to be heard.

Sincerely,

Colin Foley
Senior Counsel, IP Enforcement